AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Randy Williams, )<br>)<br>Plaintiff(s), )<br>)<br>vs )<br>)<br>American International Recovery; AIG; McAngus, )<br>Goudelock & Courie, LLC, )<br>)<br>Defendant(s). ) | 4:13-cv-003305-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%,  along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice and without service of process.

This action was  *(check one)*:
❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III.

February 28, 2014

Robin L. Blume
CLERK OF COURT

By: s/Heather Ciccolella
Deputy Clerk